IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO.  2:14-cr-23-MHT-3 |
| | ) | (WO) |
| **WILLIAM THOMAS CRANE, II** | ) | |

### **O R D E R**

It is CONSIDERED, ORDERED, ADJUDGED and DECREED by the court that the motion to dismiss the superseding indictment without prejudice (doc. no. 217) is granted and the superseding indictment (doc. no. 37) is dismissed without prejudice as to defendant William Thomas Crane, II.

DONE, this the 5th day of January, 2015.

  /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE